UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 09 CV 7990 |
| vs. ) | Judge Harry D. Leinenweber |
| ) | |
| JAVIER REYES ) | |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please take notice that Assistant United States Attorney Monika Bickert is no longer assigned to this case and the undersigned Special Assistant United States Attorney is substituted in place of that previously designated attorney.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *s/ Mary Senoo*
MARY SENOO
Special Assistant United States Attorney
219 South Dearborn Street, 5TH Floor
Chicago, Illinois 60604
(312) 353-5305

## **CERTIFICATE OF SERVICE**

       The undersigned Assistant United States Attorney hereby certifies that the following document:

       WITHDRAWAL AND SUBSTITUTION OF COUNSEL

was served on December 29, 2009, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and served via U.S. Postal Service to all non-ECF filers.

Javier Reyes
Reg. No. 21737-424
FCC Yazoo City-MED
P.O. Box 5888
Yazoo City, MS 39194-5888

                     By:   *s/ Mary Senoo*
                           MARY SENOO
                           Special Assistant United States Attorney
                           219 South Dearborn Street, 5TH Floor
                           Chicago, Illinois 60604
                           (312) 353-5305